# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GARY SMITH and )
DELORIS SMITH, )
           )
           Plaintiffs, )
           )
v. )     Case No. CIV-13-1377-M
           )
ACA INSURANCE COMPANY, )
d/b/a AAA FIRE & CASUALTY )
INSURANCE COMPANY, a foreign )
for profit insurance corporation, )
           )
           Defendant. )

## ORDER

On October 21, 2014, the plaintiffs filed a Stipulation For Order of Dismissal with Prejudice. Having reviewed plaintiffs' stipulation, the Court hereby DISMISSES this action with prejudice to refiling of the same.

**IT IS SO ORDERED this 22nd day of October, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE